ORIGINAL

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 3 0 2005
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| LAURA TAYLOR,  Plaintiff, | § § § § |
| VS. | § §   NO. 3-04-CV-1554-BD |
| BIGELOW MANAGEMENT, INC., ET AL.  Defendant. | § § § § § |

## **VERDICT FORM**

We, the jury, have answered the foregoing questions and return the same as our verdict in this case.

DATED: September **30**, 2005.

_____
PRESIDING JUROR

-16-