ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR 31 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| LAURA TAYLOR | § | CIVIL ACTION NO. 3-04-CV-1864-BD |
|---|---|---|
| Plaintiff, | § | By _____ Deputy |
|  | § |  |
| V. | § |  |
|  | § |  |
| BIGELOW MANAGEMENT, | § |  |
| INC., and BIGELOW | § |  |
| COLORADO, L.L.C. II d/b/a | § |  |
| BUDGET SUITES of AMERICA | § |  |
| Defendants. | § |  |

## AGREED FINAL JUDGMENT

On September 26, 2005, the Court called this case for trial. Plaintiff, Laura Taylor appeared in person and through her attorney and announced ready for trial. Defendants, Bigelow Management, Inc., and Bigelow Colorado, L.L.C. II d/b/a Budget Suites of America, appeared in person and through its attorney and announced ready for trial. The Court determined that it had jurisdiction over the subject matter and the parties to this proceeding. The Court then impaneled and swore the jury, which heard the evidence and arguments of counsel. The Court submitted questions, definitions, and instructions to the jury. In response, the jury made findings that the Court received, filed and entered of record. Plaintiff moved for entry of judgment on the verdict. The Court considered the motion and renders judgment for Plaintiff.

1. Therefore, the Court orders that Plaintiff, Laura Taylor, recover the sum of $2,500.00 in back pay and $7,500.00 for emotional pain, suffering, and mental anguish, $50,000.00 in punitive damages and her court costs in the amount of $3,380.77 from Defendants, Bigelow Management, Inc., and Bigelow Colorado, L.L.C. II d/b/a Budget Suites of America.

2. Pre-judgment interest is payable on all of the above amounts allowable by law at the rate of 4.77%, from July 1, 2003 until the date this judgment is entered.

3. Post judgment interest is payable on all the above amounts allowable by law at the rate of 4.77%, from the date this judgment is entered until the date this judgment is paid.

4. The Court orders execution to issue for this judgment.

5. The Court denies all relief not granted in this judgment.

6. This is a Final Judgment.

SIGNED on **MARCH 31**, 2006.

_____
U.S. MAGISTRATE JUDGE

APPROVED AS TO FORM & SUBSTANCE:

_____
CHRISTOPHER J. CAFIERO
State Bar No. 24031784

DELL JAMES
State Bar No. 24002342

**CARMODY & JAMES, PC**
2805 North Dallas Parkway, Suite 600
Plano, Texas 75093
Telephone: (972) 312-1230
Facsimile: (972) 312-1231
**ATTORNEYS FOR
LAURA TAYLOR**

APPROVED AS TO FORM ONLY:

_____
Steven A. Stefani
Bigelow Management, Inc.
4640 S. Eastern Avenue
Las Vegas, NV 89119

_____
Timothy U. Stanford
Texas Bar No. 19041030
Downs & Stanford
2001 Bryan Street, Suite 4000
Dallas, Texas 75201
Attorneys for Defendants, Bigelow
Management and Bigelow Colorado L.L.C. II
d/b/a Budget Suites of America